UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE SUBPOENAS ISSUED TO THE FERRARO LAW FIRM in *IN RE BESTWALL, LLC*, CASE NO. 3:17-BK-31795-LTB, PENDING IN THE BANKRUPTCY COURT FOR WESTERN DISTRICT OF NORTH CAROLINA. ) ) ) ) ) ) ) | Miscellaneous Action CASE NO. 21-24360-MC-MORENO |

**JOINT MOTION TO CONTINUE HEARING ON THE FERRARO LAW FIRM'S MOTION TO QUASH OR MODIFY SUBPOENA DUCES TECUM AND SUBPOENA AD TESTIFICANDUM**

Pursuant to Federal Rule of Civil Procedure 7(b) and Southern District of Florida Local Rules 7.1 and 7.6, Bestwall, LLC ("Bestwall") and the Ferraro Law Firm ("Ferraro Law") (together, the "Parties"), by and through their undersigned counsel, respectfully move this Court to continue the hearing scheduled for February 24, 2022, on Ferraro Law's Motion to Quash or Modify Bestwall's Subpoena Duces Tecum and Subpoena Ad Testificandum (the "Motion to Quash"). In support, the Parties state as follows:

1. Ferraro Law's Motion to Quash is scheduled for a hearing to be conducted via Zoom before Magistrate Judge Goodman on February 24, 2022, at 3:30 pm. *See* ECF No. 20.

2. The Parties have another hearing scheduled on February 24, 2022, in *In re Bestwall, LLC,* Case No. 3:17-BK-31795-LTB (Bankr. W.D.N.C.), the bankruptcy proceeding underlying this matter. *See* Ex. 1, Decl. of Christopher R.J. Pace, at ¶ 5 & Ex. A. That hearing is expected to last a full day.

3. Counsel for Bestwall and counsel for Ferraro Law are generally available on February 28, 2022, or any date thereafter, for a hearing on Ferraro Law's Motion to Quash. Counsel for Bestwall is not available on the morning of March 7, 2022. Counsel for Bestwall and

1

counsel for Ferraro Law are not available on March 9, 2022 due to a hearing in another matter related to the bankruptcy proceeding underlying this matter.

4.  This is the first continuance sought by Bestwall and Ferraro Law of the hearing date. This continuance is sought in good faith and not for the purposes of delay.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court continue the hearing on Ferraro Law's Motion to Quash from February 24, 2022, to February 28, 2022, or any date thereafter (except the morning of March 7, 2022 or the full day of March 9, 2022).

### RULE 7.1(a)(3) CERTIFICATION

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), the undersigned certify that they have conferred, and that Bestwall and Ferraro Law agree to the relief requested herein.

Dated: February 16, 2022

WALDREP WALL BABCOCK
& BAILEY PLLC

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep Jr. (NC State Bar No. 11135)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
E-mail: notice@waldrepwall.com
Admitted Pro Hac Vice
*Counsel for Ferraro Law*

*/s/ Sean A. Burstyn*
Sean Alexander Burstyn
(Florida Bar No. 1028778)
Email: sean.burstyn@burstynlaw.com
Burstyn Law PLLC
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (917) 810-8450
*Counsel for Ferraro Law*

Respectfully submitted,

*/s/ Christopher R.J. Pace*
Christopher R.J. Pace (FBN 721166)
Ana María Cristina Pérez Soto (FBN 096692)
Christina Mastrucci Lehn (FBN 113013)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305.714.9700
Email: crjpace@jonesday.com
Email: cperezsoto@jonesday.com
Email: cmlehn@jonesday.com

Jordi C. Martínez-Cid (FBN 100566)
LEÓN COSGROVE, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Email: jmartinez-cid@leoncosgrove.com
Email: lburns@leoncosgrove.com

Garland S. Cassada (*pro hac vice*)
Richard C. Worf, Jr. (*pro hac vice*)
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704.377.2536
E-mail: GCassada@robinsonbradshaw.com
E-mail: RWorf@robinsonbradshaw.com

*Attorneys for Bestwall LLC*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Christopher R. J. Pace*
Christopher R.J. Pace
