# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE SUBPOENAS ISSUED TO THE FERRARO LAW FIRM in *IN RE BESTWALL, LLC*, CASE NO. 3:17-BK-31795-LTB, PENDING IN THE BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA. | Case No. 1:21-mc-24360- MORENO/GOODMAN |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Petitioner, the Ferraro Law Firm, by and through its undersigned counsel, hereby files the recently-received transcript of a March 29, 2022 hearing held in the United States District Court for the District of Maryland before the Honorable Judge Stephanie A. Gallagher. Movant intends to refer to this transcript during the hearing set for April 11, 2022 at 1:30 PM.

Respectfully Submitted,

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep Jr. (NC State Bar No. 11135)
Waldrep Wall Babcock & Bailey PLLC
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
E-mail: notice@waldrepwall.com
Admitted Pro Hac Vice

*/s/ Sean A. Burstyn*
Sean Alexander Burstyn
(Florida Bar No. 1028778)
Email: sean.burstyn@burstynlaw.com
Burstyn Law PLLC
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (917) 810-8450

*Counsel to Ferraro Law*

1

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing document was served on all attorneys of record in this action via CM/ECF.

<u>/s/ Sean A. Burstyn</u>
Sean Alexander Burstyn
(Florida Bar No. 1028778)
Email: sean.burstyn@burstynlaw.com
Burstyn Law PLLC
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (917) 810-8450

*Counsel to Ferraro Law*
