IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE SUBPOENAS ISSUED TO THE FERRARO LAW FIRM in *IN RE BESTWALL, LLC*, CASE NO. 3:17-BK-31795-LTB, PENDING IN THE BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA. | Case No. 1:21-mc-24360-FAM |

**NOTICE OF WITHDRAWAL OF THE FERRARO LAW FIRM'S MOTION TO QUASH OR MODIFY BESTWALL LLC'S SUBPOENA DUCES TECUM AND SUBPOENA AD TESTIFICANDUM**

NOW COMES the Ferraro Law Firm ("Ferraro Law"), by and through its undersigned counsel, and hereby files this notice of withdrawal of *The Ferraro Law Firm's Motion to Quash or Modify Bestwall LLC's Subpoena Duces Tecum and Subpoena ad Testificandum* [ECF No. 6] (the "Motion to Quash"). As reasons for withdrawing the Motion to Quash, Ferraro Law respectfully states as follows:

1. On March 29, 2022, a hearing was held in the United States District Court for the District of Maryland before the Honorable Judge Stephanie A. Gallagher regarding subpoenas issued by counsel for Bestwall, LLC ("Bestwall") to Peter Angelos Law, P.C. In light of the ruling issued by Judge Gallagher on that same date, the parties have agreed to certain stipulations with respect to the subpoenas issued by Bestwall to Ferraro Law (attached hereto as **Exhibit A**) that resolve the Motion to Quash.

2. Counsel for Ferraro Law has conferred with counsel for Bestwall regarding this notice and withdrawal of the Motion to Quash, and Bestwall has no objection thereto.

Respectfully submitted, this the 8th day of April, 2022.

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep Jr. (NC State Bar No. 11135)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
E-mail: notice@waldrepwall.com
Admitted Pro Hac Vice
*Counsel for Ferraro Law*

/s/ *Sean A. Burstyn*
Sean Alexander Burstyn
(Florida Bar No. 1028778)
Email: sean.burstyn@burstynlaw.com
Burstyn Law PLLC
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (917) 810-8450
*Counsel for Ferraro Law*